# Part B

## Grievance Appeal Procedures Exhausted

## Table of Contents

| File log Numbers: | Page Number: |
|---|---|
| 1. SR-12-09-08 | 1 |
| 2. SR-12-09-09 | 8 |
| 3. SR-12-09-10 | 13 |
| 4. SR-12-09-16 | 18 |
| 5. SR-12-09-17 | 23 |
| 6. SR-12-09-18 | 28 |

Note: 1. through 6. is Six different issues with Six identical response's, NO investigation

7. SR-12-10-22 — 39
Note: Part of NO classification "life Sentence"

8. SR-12-10-05 — 45
Note: wardens abuse of Power

9. SR-12-10-20 — 50
Note: Compliance monitor and mail Problems

10. SR-12-10-26 — 55
Note: Mental health Neglect

11. SR-12-10-29 — 60
Note: Sanitation issue

12. SR-12-10-24 — 65
Note: No chair in Cell

13. SR-12-10-30 — 70
Note: Physiological

14. SR-12-10-31 — 75
Note: Deputy warden refused To investigate federal Violations.

File log Numbers: Page Number:

15. SR-12-10-25 — 79
Note: Manipulating To Circumvent Procedure

16. SR-12-10-21 — 84
Note: life Sentence exempt from programming

17. SR-12-10-19 — 90
Note: Federal Violation, refused To investigate and Clayton's prison has this Violation Too.

18. SR-12-10-10
Note: Dept of Corr. refused To investigate — 91
Note: Someone Signs in the behalf of Jerry Roark so when Violations get exposed or the question is asked then whoever can claim "Fraud in the inducement" to avoid responsibility?

19. SR-12-10-06 = Food Service — 92
from Sept and Oct 2012 lost 34 pounds in Segregation by food deprivation
Note: word "Therapeutic" refers To disease or waste Not a diagonstic specialty.

20. SR-12-11-10 = Food Service — 93
Note: Quality Assurance Monitor is non-existent in Title only.

21. SR-12-11-06 = Food Service — 94

22. SR-12-11-14 = Food Service — 95

23. SR-12-11-15 = legal Access Denied (Date Nov. 27th 2012) — 96
Direct Appeal To Dept. of Corr. meaning that LT. Vigil refused to investigate or Circumvented by reference To another Grievance, manipulating Tactic, To avoid issue.

Policy CD-150501 Inmate Grievance Procedure Dept. of Corr. refused To respond within the allowed Timeframe of thirty five Calendar days so federal law deems this as exhausted.

24. Request for blank Paper impeded and denied — 103

end



# State of New Mexico
## Corrections Department

**Susana Martinez**, Governor
**Gregg Marcantel,** Cabinet Secretary

PO Box 27116
Santa Fe, NM 87502-0116

**James Ruppert NMCD 32293**
**Guadalupe County Correctional Facility**
**Grievance SR-12-09-08**

**Denied: This is in response to your grievance appeal you filed concerning staff harassment. The initial investigation indicates that you have failed to submit any type of evidence to support your claim and you continue to submit frivolous claims against staff. You have failed to provide any evidence in your allegations against staff and that staff are negligent for harassing you and committing fraudulent acts. You are not being denied legal access to the courts and you have failed to prove otherwise. You continue to submit false allegations and utilize the grievance procedure against staff in retaliation because you are non-compliant with the rules and regulations set forth within the NMCD when you issued a major level misconduct report for fraud. CD-150500, states that inmates are prohibited from the misuse/abuse of the grievance system. Inmates are not to use this procedure as a form of harassment against staff. Inmates using the grievance procedure to perpetrate the commission of a purposeful serious misconduct will be subject to disciplinary action consistent with current disciplinary policy provisions. You are retaliating against staff and the Department and this is prohibited. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

For Dir. Roark

**Jerry Roark, Director of Adult Prisons**

11/9/12
**Date**

Mail box on 3-31-12
Copy my file
Note

RECEIVED
AUG 3 1 2012
BY: K. Baca

Revised 02/21/11

NEW MEXICO CORRECTIONS DEPARTMENT

**INMATE INFORMAL COMPLAINT**

Inmate Name: James Ruppert NMCD#: 32293 08-12-81

Facility: G.C.C.F. HU/Cell #: H-1-A 201 Date of Incident: 8-29-12

Name of subject or person to whom the complaint was filed against: Warden Bravo under respondeat Superior theory is Knowingly allowing S.T.I.U. To intefere with mail and or legal mail.

Explain your complaint in detail: LT. Justin Rodger does interfere with mail To and from a legal entity on 8-29-12 LT. Rodger showed me several envelopes received from Supreme Court law library obstruction of mail and or legal mail is a federal violation.

Inmate Signature: James Ruppert Title Respondeat Superior Date: 8-30-12

---

**Reviewing Staff Member**

Date Received: 9-10-12

I, G. Morris, Major (Reviewing Staff Member) have reviewed the above informal complaint and

Recommend: ( ) Resolution (✓) Recommend formal grievance

Explain: This issue could not be resolved at the informal stage. Warden states that he would never knowingly allow staff to interfere with legal mail. Inmate Ruppert believes otherwise

Staff Member: G. Morris [signature] Print / Sign Date: 9-10-12

---

Acknowledged by the signatures below, this informal complaint is: ☐ Resolved ☒ Unresolved

Reviewing Staff Member: Johnny Ethan [signature] Print / Sign Date: 9-10-12

Staff Witness: Karen Baca / Karen Baca Print / Sign Date: 9-10-12

Inmate: James Ruppert / Ruppert Print / Sign Date: 9-10-12

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 20 calendar days of the date of incident.**

**Attach this document to the Formal Grievance.**

10/18 mailed Grievance ... H-1-A Seg Sept 11, 2012

RECEIVED SEP 11 2012 BY: K. Baca

Form CD-150501.1 (page #1)

# INMATE GRIEVANCE

Inmate's Name: James Ruppert NMCD#: 32293 Grievance File #: SR-12-09-08

Institution: GCCF Housing Unit: H-1-A 201 Date of Incident: 8-29-12

Date Received by Grievance Officer: 9/11/12

Grievance Officer's Signature: [signature]

[redacted]

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary. Warden Bravo is aware of LT. Rodger stopping legal mail with Threats and stopping legal entity mail To Create roadblocks To the Court. Mail To U.S. Supreme Court apart from legitimate penological interests is a Federal Violation and when LT. Rodger stopped by my Cell 8-29-12 he accused me of being a snake and said you know what we do with snakes I said "No" we Kill 'em thats a direct threat Note: Keeplock Confinement and or illegal retaliation Administrative Segregation is now Fourteen days with no indication of facade claim of Criminal offense To Justify Segregation! → Title respondeat Superior

Inmate's Signature: James Ruppert Date: Sept. 11, 2012

**Relief Requested:**

Emergency Transfer To different level three, punitive damages and File Criminal charges on Mail Tampering and or fraud Federal Violation that LT. Rodger Committed. LT. Justin Rodger S.T.I.U.

**STEP 2 - To Be Completed by the Grievance Officer:**

A. __Your grievance is **accepted** for consideration.

B. __Your grievance is **being returned** to you because of the following reason:

- __ 1. The grievance is not readable.
- __ 2. The matter has been answered in previous grievance #: ____________
- __ 3. The grievance concerns material not grievous under present policy.
- __ 4. The grievance is a group grievance or petition. (Submit individually.)
- __ 5. The grievance is not timely.
- __ 6. Other Specify: ____________

Grievance Officer's Signature: [signature] Date: 9/11/12

# MEMORANDUM

The GEO Group, Inc.
GEO Corrections
Guadalupe County Correctional Facility
P.O. Box 520
South Highway 54
Santa Rosa, NM 88435
www.geogroup.com

Date: October 8, 2012

To: Inmate James Ruppert #32293
cc:

From: David Eastridge, Administrative Lieutenant

**RE: GRIEVANCE INVESTIGATION AND RECOMMENDATION SR-12-09-08**

On September 11, 2012 a Grievance was submitted to the Grievance Officer in regards to your claim that Warden Bravo is aware that Lt. Rodgers is stopping your legal mail with direct threats in order to create roadblocks for access to the courts I have reviewed and investigated your claim. You are not being denied legal access through Lt. Rodgers or any other source. You are currently housed in Disciplinary Segregation due to a finding of Guilt in reference to Fraud. At this time you have failed to substantiate your claim.

At this time your relief requested in which you are to receive punitive damages is Denied, however your request to be transferred can be requested through classification. **RECOMMEND GRIEVANCE DENIED**

[signature]
Grievance Officer's Signature

08 Oct 2012
Date

**STEP 4 - Decision of Warden/Designee:**

Denied (✓) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

[signature]
Signature

10-10-12
Date

Date Returned to Inmate: [signature] 10-11-12

COPY

Form CD-150501.
Revised 02/23/11 Page

NEW MEXICO CORRECTIONS DEPARTMENT
INMATE GRIEVANCE

Grievance File #: SR-12-09-08

**STEP 3 – Grievance Investigation and Recommendation:**

Grievance Officer's Signature ____________________ Date ________

**STEP 4 – Decision of Warden/Designee:** Date received by Grievance Officer: ____________

Denied ( ) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

Signature: ____________________ Date: ____________

Date Returned to Inmate: ____________

**STEP 5 – Departmental Appeal:** (Return grievance to Grievance Officer for processing.)

**A. Reason for appeal:** Manipulating Tactic Segregation started Aug 28 2012 Aug 29th 12 LT. Rodgers gave threat request polygraph test on all parties. was not investigated Federal Violation Aug 28 To Sept 26 NO probable Cause To Justify Segregation Notified Gregg Marcantel of LT. Rodgers Conduct. CD-150500 Pg 8 J. Reprisals

Inmate's Signature: [signature] Date: OCT 12th 2012

Date Received By Grievance Officer: 10/12/12
Date Sent to Grievance Coordinator: 10/12/12

RECEIVED
OCT 1 2 2012
BY: K Baca

**B. Department Decision:**

____________________ Date: ____________
Cabinet Secretary/Designee

TO: Gregg Marcantel, Secretary of Corr.
Jerry Roark, Deputy director
Ralph Casaus, Internal Affairs, Grievance Adm.
or equivalent thereof New Mexico Dept of Corr.

Date Oct. 12th 2012

From: James Ruppert 32293 GCCF Santa Rosa, NM 88435

RE: Grievance Appeals, note Several more Grievance's being processed.

Issues: Administrative Malfeasance, abuse or neglect of Authority

Addressed To: Executive Branch Dept. of Corr. Santa Fe, NM 87502

Sir

Guadalupe County Correctional Facility Does NoT abide by policy and established procedures.

1. Federal Violation, illegal retaliation Segregation occurres without probable Cause, I have Keeplock STatus Violation Aug 28th To Sept 26th with Cover up of PHD on Sept. 26th 2012 LT. Rodgers Creates, MS Vigil upholds, Created Self induced policy infractions with manipulated Created evidence.

   A. Evidence Created after the Fact To Justify
   B. Confidential information "KiTs" officers Create

2. Federal Violation "Fiduciary Fraud" 18 U.S.C. 1341 Federal mail fraud statute.
   with manipulated log entries to Cover up the disappearance of legal mail, an appropriate investigation will reveal.

3. LT. Justin Rodgers issue a life endangerment threat Grievance log SR-12-09-08 request polygraph text which policy allows for.

4. LT. Justin Rodgers is the Cause of the above and I want To file Criminal charges.

This notice is To inform you of major problems and for the Federal Court when filed.

Copy my file

Submitted by, James Ruppert
10-12-12

TO: Grievance Dept.
Guadalupe County Correctional facility
Santa Rosa, NM 88435

Date Sept. 10th 2012

From: James Ruppert 32293 location H-1-A Seg. Cell 201

RE: Six informal Complaints filed as and or Subject matter with proceeding Grievances To follow.
Five day Time limit on informal Complaints has expired?

When you send the six original informal Complaints back each on needs to be accompanied with a photo Copy so when I file the six grievances Can maintain a Copy of informal for my records.

Note: Im in Segregation so the rules change some!

If you don't Send a photoCopy then I will submit grievance's without a Copy and note I will invoke a federal rule of 28 U.S.C. 1343, (a)(3) Civil rights and elective franchise on First Amendment Grievance redress To the Court.

To deny a photo Copy would be To impede adequate, effective and meaningful access To the Courts with intent To Create legality roadblocks.

Respectfully Submitted, James Ruppert 9-10-12

Will also invoke 28 U.S.C. § 1746, 18 U.S.C. 1621

Note: illegal retaliation Administrative Segregation has Violated federal Ten day rule on Keeplock Confinement Status, Statement Documented for the Court.

I declare under penalty of perjury that the above request of Subject matter To be True and Correct of Grievants legal Knowledge.

Signature of Grievant James Ruppert 9-10-12

Hand writen Copy my file
Signature, James Ruppert Date Sept. 10th 2012



# State of New Mexico
## Corrections Department

**Susana Martinez**, Governor
**Gregg Marcantel**, Cabinet Secretary

PO Box 27116
Santa Fe, NM 87502-0116

**James Ruppert NMCD 32293**
**Guadalupe County Correctional Facility**
**Grievance SR-12-09-09**

**Denied: This is in response to your grievance appeal you filed concerning staff harassment. The initial investigation indicates that you have failed to submit any type of evidence to support your claim and you continue to submit frivolous claims against staff. You have failed to provide any evidence in your allegations against staff and that staff are negligent for harassing you and committing fraudulent acts. You are not being denied legal access to the courts and you have failed to prove otherwise. You continue to submit false allegations and utilize the grievance procedure against staff in retaliation because you are non-compliant with the rules and regulations set forth within the NMCD when you issued a major level misconduct report for fraud. CD-150500, states that inmates are prohibited from the misuse/abuse of the grievance system. Inmates are not to use this procedure as a form of harassment against staff. Inmates using the grievance procedure to perpetrate the commission of a purposeful serious misconduct will be subject to disciplinary action consistent with current disciplinary policy provisions. You are retaliating against staff and the Department and this is prohibited. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

For Dir. Roark 11/9/12

**Jerry Roark, Director of Adult Prisons** **Date**

Mail be 07-13-2013 Copy my file Note

RECEIVED AUG 31 2012 BY: K. Baca 08-12-79

Revised 02/21/11

NEW MEXICO CORRECTIONS DEPARTMENT

INMATE INFORMAL COMPLAINT

Inmate Name: James Ruppert NMCD#: 32293

Facility: G.C.C.F. HU/Cell #: H-1-4201 Date of Incident: 8-29-12

Name of subject or person to whom the complaint was filed against: S.T.I.U. LT. Justin Rodger Came To my Seg Cell A H-1-A 201

Explain your complaint in detail: LT. Rodger showed me several envelopes received from a legal entity in an attempt to blam me of wrong doing. obstruction of legal mail or mail of a legal entity is a Federal Violation. I Know LT. Rodger stopped legal mail To U.S. Supreme Court and attorney's regardless of what GCCF legal mail log shows. Title obstruction of mail, legal

Inmate Signature: James Ruppert Date: 8-30-12

---

Reviewing Staff Member

Date Received: 9-10-12

I, G. Morris, Major (Reviewing Staff Member) have reviewed the above informal complaint and

Recommend: ( ) Resolution (✓) Recommend formal grievance

Explain: This issue could not be resolved at the informal stage! ~~[illegible]~~ I/M Ruppert believes that Lt. Rodgers is purposely interfering with his legal mail which Lt. Rodgers denies.

Staff Member: G. Morris / [signature] Date: 9-10-12
Print / Sign

---

Acknowledged by the signatures below, this informal complaint is: ☐ Resolved ☑ Unresolved

Reviewing Staff Member: Johnny Johnson / [signature] Date: 9/10/12
Print / Sign

Staff Witness: Karen Baca / [signature] Date: 9-10-12
Print / Sign

Inmate: James Ruppert / [signature] Date: 9-10-12
Print / Sign

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 20 calendar days of the date of incident.**

**Attach this document to the Formal Grievance.**

12/18/12

Mailed Grievance mail box
H-1-A Seg. Sept 11 2012

RECEIVED
SEP 11 2012
By: K. Baca

Form CD-150501.1
(page #1)

**INMATE GRIEVANCE**

Inmate's Name: James Ruppert NMCD#: 32293 Grievance File #: SR-12-09-09

Institution: GCCF Housing Unit: H-1-A 201 Date of Incident: 8-29-12

Date Received by Grievance Officer: 9/11/12

Grievance Officer's Signature: [signature]

[redacted]

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary. legal entity: Supreme Court law library Sends Case law which is legal material To inmates To help Construct Pleadings for the Court. LT. Rodger has stopped incoming and outgoing Correspondence with Supreme Court law library, federal Violation, obstruction legal Correspondence "Protected by the Constitution" See Martin V. Sargent, 780 F.2d 1334 (8th cir. 1985) Violates right of access To Courts and first amendments rights See Madewell V. Roberts, 909 F.2d 1203 (8th cir 1990)

→ Title obstruction of mail, legal

Inmate's Signature: James Ruppert Date: Sept 11, 2012

**Relief Requested:** criminal charges To be filed for obstruction of legal mail on LT. Justin Rodger and Mailroom Supervisor Ms. chavez.

**STEP 2 - To Be Completed by the Grievance Officer:**

A. ✓ Your grievance is accepted for consideration.
B. __Your grievance is being returned to you because of the following reason:
- __ 1. The grievance is not readable.
- __ 2. The matter has been answered in previous grievance #: ______
- __ 3. The grievance concerns material not grievous under present policy.
- __ 4. The grievance is a group grievance or petition. (Submit individually.)
- __ 5. The grievance is not timely.
- __ 6. Other Specify: ______

Grievance Officer's Signature: [signature] Date: 9/11/12

20

# MEMORANDUM

GEO
Corrections

The GEO Group, Inc.
GEO Corrections
Guadalupe County Correctional Facility
P.O. Box 520
South Highway 54
Santa Rosa, NM 88435
www.geogroup.com

Date: October 8, 2012

To: Inmate James Ruppert #32293
cc:

From: David Eastridge, Administrative Lieutenant

**RE: GRIEVANCE INVESTIGATION AND RECOMMENDATION SR-12-09-09**

On September 11, 2012 a Grievance was submitted to the Grievance Officer in regards to your claim that Lt. Rodgers is stopping your access to incoming and outgoing correspondence with the Supreme Court. I have reviewed and investigated your claim. You are not being denied legal access through Lt. Rodgers or any other source. At this time you have failed to substantiate your claim.

At this time your relief requested in which you are requesting for criminal charges against Lt. Rodgers and Mail room Chavez to be filed. I, the Grievance Officer cannot file criminal charges against these individuals on your behalf, however it is your right to further pursue criminal charges if you feel an offense has been committed. **RECOMMEND GRIEVANCE DENIED**

[signature] 8 Oct 2012
Grievance Officer's Signature — Date

**STEP 4 - Decision of Warden/Designee:**

Denied (✓) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

[signature] 10-10-12
Signature — Date

Date Returned to Inmate: [signature] 10-11-12

COPY

Form CD-150501.1
(page #2)

**INMATE GRIEVANCE**
**(continued)**

Page 2
Grievance File #: 5R-12-09-09

**STEP 3 – Grievance Investigation and Recommendation:**

_______________________________ _______________
Grievance Officer's Signature Date

**STEP 4 – Decision of Warden/Designee: Date received by Grievance Officer:** ___________

Denied ( ) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

Signature: ______________________ Date: ___________

Date Returned to Inmate: ___________

**STEP 5 – Departmental Appeal: (Return grievance to Grievance Officer for processing.)**
**A. Reason for appeal:** issue for the Court to decide of unbridled discretion Disciplinary report Proves interfence would not have interference if the penological hat a law library as mandated in Gluth V. Kangas and Casey V. Lewis
834 F. supp. 1553
773 F. supp. 1309
Aff'd 951 F.2d 1504 1991

Inmate's Signature: [signature] Date: OcT 12th 2012

Date Received By Grievance Officer: 10/12/12
Date Sent to Grievance Coordinator: 10/12/12

RECEIVED
OCT 1 2 2012
BY: KBaca

**B. Department Decision:**

_______________________________ Date: ___________
Cabinet Secretary/Designee



# State of New Mexico
## Corrections Department

**Susana Martinez,** Governor
**Gregg Marcantel,** Cabinet Secretary

PO Box 27116
Santa Fe, NM 87502-0116

**James Ruppert NMCD 32293**
**Guadalupe County Correctional Facility**
**Grievance SR-12-09-10**

**Denied: This is in response to your grievance appeal you filed concerning staff harassment. The initial investigation indicates that you have failed to submit any type of evidence to support your claim and you continue to submit frivolous claims against staff. You have failed to provide any evidence in your allegations against staff and that staff are negligent for harassing you and committing fraudulent acts. You are not being denied legal access to the courts and you have failed to prove otherwise. You continue to submit false allegations and utilize the grievance procedure against staff in retaliation because you are non-compliant with the rules and regulations set forth within the NMCD when you issued a major level misconduct report for fraud. CD-150500, states that inmates are prohibited from the misuse/abuse of the grievance system. Inmates are not to use this procedure as a form of harassment against staff. Inmates using the grievance procedure to perpetrate the commission of a purposeful serious misconduct will be subject to disciplinary action consistent with current disciplinary policy provisions. You are retaliating against staff and the Department and this is prohibited. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

For Jerry Roark — 11/9/12

**Jerry Roark, Director of Adult Prisons** — **Date**

10/18/c

Mailed Grievance Mailbox
H-1-A Seg Sept 11 2012

RECEIVED
SEP 11 2012
BY: K. Baca

Form CD-150501.1
(page #1)

**INMATE GRIEVANCE**

Inmate's Name: James Ruppert NMCD#: 32293 Grievance File #: SR-12-09-10

Institution: GCCF Housing Unit: H-1-D 112 Date of Incident: 8-28-12 Time 8:35AM

Date Received by Grievance Officer: 9/11/12

Grievance Officer's Signature: [signature]

[redacted]

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary. S.T.I.U. Team LT. Rodger with Anaya and Sena Placed me in administrative Segregation without Just Cause and under false pretense of investigation of Criminal offense To Create a cell change for unnecessary and wanton infliction of pain by manipulating other inmates To Carry out premediated assaults, life endangerment issues. (illegal retaliatory Administrative Segregation)

→ Title: Retaliatory Motives

Inmate's Signature: James Ruppert Date: Sept 11 2012

**Relief Requested**: Emergency Transfer To different level ~~thr~~ three Facility, Civil Penalty and would warrant Criminal charges filed on LT. Justin Rodger S.T.I.U.

**STEP 2 – To Be Completed by the Grievance Officer:**

A. ✓ Your grievance is **accepted** for consideration.

B. __Your grievance is **being returned** to you because of the following reason:

- _ 1. The grievance is not readable.
- _ 2. The matter has been answered in previous grievance #: ________
- _ 3. The grievance concerns material not grievous under present policy.
- _ 4. The grievance is a group grievance or petition. (Submit individually.)
- _ 5. The grievance is not timely.
- _ 6. Other Specify: ________

Grievance Officer's Signature: [signature] Date: 9/11/12

10

# MEMORANDUM

The GEO Group, Inc.
GEO Corrections
Guadalupe County Correctional Facility
P.O. Box 520
South Highway 54
Santa Rosa, NM 88435
www.geogroup.com

Date: October 8, 2012

To: Inmate James Ruppert #32293
cc:

From: David Eastridge, Administrative Lieutenant

**RE: GRIEVANCE INVESTIGATION AND RECOMMENDATION SR-12-09-10**

On September 11, 2012 a Grievance was submitted to the Grievance Officer in regards to your claim that Lt. Rodgers, Sgt Anaya, and K-9 Officer Sena without just cause and under false pretense. I have reviewed and investigated your claim you were placed in Segregation due to an investigation concerning fraudulent acts in which you were charged through the administrative law and found guilty with the facility disciplinary process and you are currently in Disciplinary Segregation Status.

At this time your relief requested in which you are requesting for criminal charges against Lt. Rodgers to be filed. I, the Grievance Officer cannot file criminal charges against these individuals on your behalf however it is your right to further pursue criminal charges if you feel an offense has been committed. You further requested an emergency transfer you can request a transfer through classification. **RECOMMEND GRIEVANCE DENIED**

Lt [signature] 08 Oct 2012
Grievance Officer's Signature Date

**STEP 4 - Decision of Warden/Designee:**

Denied (✓) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

[signature] 10-10-12
Signature Date

Date Returned to Inmate: [signature] 10-11-12

COPY

Form CD-150501
Revised 02/23/11 Page

NEW MEXICO CORRECTIONS DEPARTMENT
INMATE GRIEVANCE

Grievance File #: SR-12-09-10

**STEP 3 – Grievance Investigation and Recommendation:**

Grievance Officer's Signature ____________ Date ____________

**STEP 4 – Decision of Warden/Designee:** Date received by Grievance Officer: ____________

Denied ( ) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

Signature: ____________ Date: ____________

Date Returned to Inmate: ____________

**STEP 5 – Departmental Appeal:** (Return grievance to Grievance Officer for processing.)

A. **Reason for appeal:** thats the False PreTense to Cover Created infraction and manufactured the evidence to Cover the fact, illegal retaliation Disciplinary report log # GC-12-09-18 Proves the fact memo date 8-28th 12 evidence submitted 8-31-12 another Case for the Federal Court- CD-150500 Pg 8 J. Reprisals

Inmate's Signature: James Ruppert Date: OcT 12th 2012

Date Received By Grievance Officer: 10/12/12
Date Sent to Grievance Coordinator: 10/12/12

RECEIVED
OCT 1 2 2012
BY: K Baca

**B. Department Decision:**

____________ Date: ____________
Cabinet Secretary/Designee

Page #2

Mail box
Copy my file
Note

NEW MEXICO CORRECTIONS DEPARTMENT

RECEIVED
AUG 31 2012
BY: K. Baca
08-12-80

INMATE INFORMAL COMPLAINT

Inmate Name: James Ruppert NMCD#: 32293

Facility: G.C.C.F. HU/Cell #: ~~H-1-A 201~~ H-1-D 112 Date of Incident: 8-28-12 Time 8:35

Name of subject or person to whom the complaint was filed against: S.T.I.U. LT. Justin Rodger with Anaya and Sena Came to H-1-D 112 Time 8:35 AM and placed me in Segragation

Explain your complaint in detail: Retaliation for past Grievance's the fact that he LT. Rodger interferred with united states postal materials of legal elements of a legal entity (Supreme Court law library) and accusing me of wrong doing that's a fraudulent act and Federal Violation

Title retaliatory motive

Inmate Signature: James Ruppert Date: 8-30-12

---

**Reviewing Staff Member**

Date Received: 9-10-12

I, G MORRIS, MAJOR have reviewed the above informal complaint and
Reviewing Staff Member

Recommend: ( ) Resolution (✓) Recommend formal grievance

Explain: This issue could not be resolved to the informal stage. I/M Ruppert believes that the STIU Department is purposely interfering with legal mail which they deny.

Staff Member: G. MORRIS / [signature] Date: 9-10-12
Print / Sign

---

Acknowledged by the signatures below, this informal complaint is: ☐ Resolved ☒ Unresolved

Reviewing Staff Member: Johnny Johnson / [signature] Date: 9/10/12
Print / Sign

Staff Witness: [illegible] / Kiara Baca Date: 9-10-12
Print / Sign

Inmate: James Ruppert / Ruppert Date: 9-10-12
Print / Sign

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 20 calendar days of the date of incident.**

**Attach this document to the Formal Grievance.**



# State of New Mexico
## Corrections Department

**Susana Martinez,** Governor
**Gregg Marcantel,** Cabinet Secretary

PO Box 27116
Santa Fe, NM 87502-0116

**James Ruppert NMCD 32293**
**Guadalupe County Correctional Facility**
**Grievance SR-12-09-16**

**Denied: This is in response to your grievance appeal you filed concerning staff harassment. The initial investigation indicates that you have failed to submit any type of evidence to support your claim and you continue to submit frivolous claims against staff. You have failed to provide any evidence in your allegations against staff and that staff are negligent for harassing you and committing fraudulent acts. You are not being denied legal access to the courts and you have failed to prove otherwise. You continue to submit false allegations and utilize the grievance procedure against staff in retaliation because you are non-compliant with the rules and regulations set forth within the NMCD when you issued a major level misconduct report for fraud. CD-150500, states that inmates are prohibited from the misuse/abuse of the grievance system. Inmates are not to use this procedure as a form of harassment against staff. Inmates using the grievance procedure to perpetrate the commission of a purposeful serious misconduct will be subject to disciplinary action consistent with current disciplinary policy provisions. You are retaliating against staff and the Department and this is prohibited. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

for Dir. Ramirez

**Jerry Roark, Director of Adult Prisons**

11/9/12
**Date**

RECEIVED
SEP 1 3 2012
BY: K. Baca

Form CD-150501.1
(page #1)

## INMATE GRIEVANCE

Inmate's Name: James Ruppert NMCD#: 32293 Grievance File #: SR-12-09-16

Institution: GCCF Housing Unit: H-1-A 20 Date of Incident: 8-29-12

Date Received by Grievance Officer: 9/13/12

Grievance Officer's Signature: [signature]

[redacted]

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary. Ms. chavez mailroom Supervisor allows S.T.I.U. LT. Justin Rodger To stop obstruct and outgoing legal mail disappears as shown in Appendix F Pending in U.S. Supreme Court writ of Cert. Then Ms chavez Commits the fraudulent act of legal mail log To fraudulently Cover up this federal Violation with deception.

Title: Mailroom Supervisor

Inmate's Signature: James Ruppert Date: Sept 12, 2012

**Relief Requested:** Criminal charges To be filed for obstruction of legal mail on both parties Ms. chavez and LT. Justin Rodger S.T.I.U.

**STEP 2 - To Be Completed by the Grievance Officer:**

A. __Your grievance is **accepted** for consideration.

B. __Your grievance is **being returned** to you because of the following reason:

- __ 1. The grievance is not readable.
- __ 2. The matter has been answered in previous grievance #: ____________
- __ 3. The grievance concerns material not grievous under present policy.
- __ 4. The grievance is a group grievance or petition. (Submit individually.)
- __ 5. The grievance is not timely.
- __ 6. Other Specify: ____________

Grievance Officer's Signature: [signature] Date: 9/13/12

Page #1

# MEMORANDUM

The GEO Group, Inc.
GEO Corrections
Guadalupe County Correctional Facility
P.O. Box 520
South Highway 54
Santa Rosa, NM 88435
www.geogroup.com

Date: October 8, 2012

To: Inmate James Ruppert #32293
cc:

From: David Eastridge, Administrative Lieutenant

**RE: GRIEVANCE INVESTIGATION AND RECOMMENDATION SR-12-09-16**

On September 13, 2012 a Grievance was submitted to the Grievance Officer in regards to your claim Mail room Chavez allows Lt. Rodgers to stop and obstruct outgoing legal mail. I have reviewed and investigated your claim. At no time is outgoing legal mail obstructed from out going mail. At this time you have failed to substantiate your claim.

At this time your relief requested in which you are requesting for criminal charges against Mail room Chavez and Lt. Rodgers to be filed. I, the Grievance Officer cannot file criminal charges against these individuals on your behalf however it is your right to further pursue criminal charges if you feel an offense has been committed. **RECOMMEND GRIEVANCE DENIED**

[signature]
Grievance Officer's Signature

8 Oct 2012
Date

**STEP 4 - Decision of Warden/Designee:**

Denied (✓) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

[signature]
Signature

10-10-12
Date

Date Returned to Inmate: [signature] 10-11-12

COPY

Form CD-150501.
Revised 02/23/11 Page

NEW MEXICO CORRECTIONS DEPARTMENT
INMATE GRIEVANCE

Grievance File #: SR-12-09-16

**STEP 3 – Grievance Investigation and Recommendation:**

Grievance Officer's Signature ____________ Date ____________

**STEP 4 – Decision of Warden/Designee:** Date received by Grievance Officer: ____________

Denied ( ) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

Signature: ____________ Date: ____________

Date Returned to Inmate: ____________

**STEP 5 – Departmental Appeal:** (Return grievance to Grievance Officer for processing.)

**A. Reason for appeal:** a Case for the Court To decide informal Complaint 09-04-12 has bravo's sTaTement of Knowingly allows LT. Rodgers To sTop legal mail. Disciplinary Report log GC-12-09-18 proves legal mail stopped Note ConflicTing sTaTements (Sept. 14-15 2012 noTified Gregg Marcantel of LT. Rodgers misconduct)

Inmate's Signature: [signature] Date: OcT 12th 2012

Date Received By Grievance Officer: 10/12/12
Date Sent to Grievance Coordinator: 10/12/12

RECEIVED
OCT 12 2012
BY: KBaca

**B. Department Decision:**

____________ Date: ____________
Cabinet Secretary/Designee

mail box on 8-31-12
Time 2pm Copy my file

RECEIVED
SEP 04 2012
BY: K-Baca
09-02-12

NEW MEXICO
CORRECTIONS DEPARTMENT
**INMATE INFORMAL COMPLAINT**

Inmate Name: James Ruppert NMCD#: 32293

Facility: G.C.C.F. HU/Cell #: H-1-A 201 Date of Incident: 8-29-12

Name of subject or person to whom the complaint was filed against: Ms. chavez mailroom Supervisor allows LT. Rodger S.T.I.U. To interfere with legal mail, or entities etc

Explain your complaint in detail: 8-29-12 LT. Rodger showed me in front of Cell H-1-A 201 several letters from a legal entity and or legal mail outgoing. the legal mail log is fraudulently made To Cover this federal Violation. My mail To U.S. Supreme Court and attorney's has been stopped by LT. Rodger / S.T.I.U.
Title Mailroom Supervisor

Inmate Signature: James Ruppert Date: Aug 31, 2012

---

**Reviewing Staff Member**

Date Received: 9-11-12

I, P. Chavez (Reviewing Staff Member) have reviewed the above informal complaint and

Recommend: ( ) Resolution (✓) Recommend formal grievance

Explain: I spoke to the mailroom and She stated that she does not allow Rodgers to touch his legal mail. Anything from the law library is not Considered legal mail. It's case legal.

Staff Member: P. Chavez / P. Chavez (Print / Sign) Date: 9-11-12

---

Acknowledged by the signatures below, this informal complaint is: ☐ Resolved ☒ Unresolved

Reviewing Staff Member: P. Chavez / P. Chavez (Print / Sign) Date: 9-11-12

Staff Witness: R Gurule / R Gurule (Print / Sign) Date: 9/11/12

Inmate: James Ruppert / Ruppert (Print / Sign) Date: Sept 11, 2012

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 20 calendar days of the date of incident.**

**Attach this document to the Formal Grievance.**



# State of New Mexico
## Corrections Department

**Susana Martinez,** Governor
**Gregg Marcantel,** Cabinet Secretary

PO Box 27116
Santa Fe, NM 87502-0116

**James Ruppert NMCD 32293**
**Guadalupe County Correctional Facility**
**Grievance SR-12-09-17**

**Denied: This is in response to your grievance appeal you filed concerning staff harassment. The initial investigation indicates that you have failed to submit any type of evidence to support your claim and you continue to submit frivolous claims against staff. You have failed to provide any evidence in your allegations against staff and that staff are negligent for trying to get you assaulted and committing fraudulent acts. You continue to submit false allegations and utilize the grievance procedure against staff in retaliation because you are non-compliant with the rules and regulations set forth within the NMCD when you were issued a major level misconduct report for fraud. CD-150500, states that inmates are prohibited from the misuse/abuse of the grievance system. Inmates are not to use this procedure as a form of harassment against staff. Inmates using the grievance procedure to perpetrate the commission of a purposeful serious misconduct will be subject to disciplinary action consistent with current disciplinary policy provisions. You are retaliating against staff and the Department and this is prohibited. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

For Dir. Roark

**Jerry Roark, Director of Adult Prisons**

11/9/12
**Date**

10/18/12

Form CD-150500
Revised 02/23/11 Page

NEW MEXICO CORRECTIONS DEPARTMENT
INMATE GRIEVANCE

Inmate's Name: James Ruppert NMCD#: 32293 Grievance File #: SR-12-09-17

Institution: GCCF Housing Unit: H-1-D 112 Now 1-A-201 Date of Incident: 8-28-12 Time 8:35 AM

Date Received by Grievance Officer: 9/13/12

Grievance Officer's Signature: [signature]

INSTRUCTIONS: It is expected that problems be resolved in an informal manner. Please read policy/procedure CD-150500 before filing a grievance. Your grievance must be typed or clearly written so as to be readable after photocopying. The grievance must be filed with the Institutional Grievance Officer to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

STEP 1 - Grievance: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

LT. Rodger's motive is To set me up for Contract hit and To punish for pending suit, Violated federal law To Create infraction. Same thing happened Fedruary 5th 2010, Same Tactic that was employed To Create assault in April 19th 2010, when officers Created a Cell change to be Viciously attacked. Adverse action and or Causal Connection, retaliation for pending 1983 suit. Respondeat Superior Tactic warden Erasmo Bravo is fully aware to approve and Condone it.
Title: unbridled discretion, threats

Inmate's Signature: James Ruppert Date: Sept 12, 2012

Relief Requested:
immediate removal from GCCF level three To another level three like Clayton NM should be appreciate this act would warrant a Civil Penalty and immediate Emergency Transfer, or Criminal charge

STEP 2 – To Be Completed by the Grievance Officer:

A. ✓ Your grievance is accepted for consideration.
B. __Your grievance is being returned to you because of the following reason:
- __ 1. The grievance is not readable.
- __ 2. The matter has been answered in previous grievance #: ________
- __ 3. The grievance concerns material not grievous under present policy.
- __ 4. The grievance is a group grievance or petition. (Submit individually.)
- __ 5. The grievance is not timely.
- __ 6. Other Specify: ________

Grievance Officer's Signature: [signature] Date: 9/13/12.

RECEIVED
SEP 13 2012
BY: K. Baca

# MEMORANDUM

The GEO Group, Inc.
GEO Corrections
Guadalupe County Correctional Facility
P.O. Box 520
South Highway 54
Santa Rosa, NM 88435
www.geogroup.com

Date: October 8, 2012

To: Inmate James Ruppert #32293
cc:

From: David Eastridge, Administrative Lieutenant

**RE: GRIEVANCE INVESTIGATION AND RECOMMENDATION SR-12-09-17**

On September 13, 2012 a Grievance was submitted to the Grievance Officer in regards to your claim that Warden Bravo condones and approves that Lt. Rodgers has set you up for a contacted hit to be assaulted for punishment on a pending lawsuit that you have. I have reviewed and investigated your claim. At this time you have failed to substantiate your claim and you have failed to submit any evidence to support your claim.

At this time your relief requested in which you are requesting for a transfer to another level three facility can be requested through classification. **RECOMMEND GRIEVANCE DENIED**

Lt DE [signature] 08 Oct 2012
Grievance Officer's Signature Date

**STEP 4 - Decision of Warden/Designee:**

Denied (✓) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

[signature] 10-10-12
Signature Date

Date Returned to Inmate: [signature] 10-11-12

COPY

Form CD-150501.
Revised 02/23/11 Page 2

NEW MEXICO CORRECTIONS DEPARTMENT
INMATE GRIEVANCE

Grievance File #: SR-12-09-17

**STEP 3 – Grievance Investigation and Recommendation:**

Grievance Officer's Signature ____________ Date ____________

**STEP 4 – Decision of Warden/Designee: Date received by Grievance Officer:** ____________

Denied ( ) Granted ( ) Dismissed ( ) Resolved ( ) Referred ( )

Signature: ____________ Date: ____________

Date Returned to Inmate: ____________

**STEP 5 – Departmental Appeal: (Return grievance to Grievance Officer for processing.)**

**A. Reason for appeal:** Stop legal letter to Supreme Court law library to request A. blatant forms of Coercion B. Coerce into Compromising first amend Violation and retaliation because of Political Content Gregg Marcantel refused to Correct Same thing happened in April 2010 officers use Same Tactic Dept of Corr. forfeits prisoner Safety free reign of abuse and forfeits Public Safety.

Inmate's Signature: [signature] Date: OCT 12th 2012

Date Received By Grievance Officer: 10/12/12
Date Sent to Grievance Coordinator: 10/12/12

RECEIVED
OCT 1 2 2012
BY: KBaca

**B. Department Decision:**

____________ Date: ____________
Cabinet Secretary/Designee



SEP 04 2012
BY: K. Baca
09-03-12

NEW MEXICO
CORRECTIONS DEPARTMENT
**INMATE INFORMAL COMPLAINT**

Inmate Name: James Ruppert NMCD#: 32293

Facility: GCCF HU/Cell #: H-1-D 112 Now 1-A-201 Date of Incident: 8-28-12 Time 8:35AM

Name of subject or person to whom the complaint was filed against: LT. Justin Rodger S.T.I.U. has potential of direct life and Death threat To my Safety

Explain your complaint in detail: LT. Rodger's motive is To Set me up To Carry out Contract hit is why he Violated federal law To Create infraction To move me To Seg. To Create different Cell, Pod assignment So he Can use inmates To Carry out assault To deter from 1983 lawsuit pending in the united states Supreme Court

Inmate Signature: James Ruppert Date: Sept 1 2012

Title unbridled discretion, Threats ---------- Copy my file

**Reviewing Staff Member**

Date Received: 9-11-12

I, P. Chavez have reviewed the above informal complaint and
Reviewing Staff Member

Recommend: ( ) Resolution (✓) Recommend formal grievance

Explain: Inmate claims that staff is trying to get him assaulted. I spoke to L.T. Rodgers and stated the inmate was under investigation.

Staff Member: P. Chavez / P. Chavez Date: 9-11-12
Print / Sign

Acknowledged by the signatures below, this informal complaint is: ☐ Resolved ☒ Unresolved

Reviewing Staff Member: P. Chavez / P. Chavez Date: 9-11-12
Print / Sign

Staff Witness: R Gurule / R Gurule Date:
Print / Sign

Inmate: James Ruppert / Ruppert Date: Sept 11 2012
Print / Sign

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 20 calendar days of the date of incident.**

**Attach this document to the Formal Grievance.**



# State of New Mexico
## Corrections Department

**Susana Martinez,** Governor
**Gregg Marcantel,** Cabinet Secretary

PO Box 27116
Santa Fe, NM 87502-0116

**James Ruppert NMCD 32293**
**Guadalupe County Correctional Facility**
**Grievance SR-12-09-18**

**Denied: This is in response to your grievance appeal you filed concerning staff harassment. The initial investigation indicates that you have failed to submit any type of evidence to support your claim and you continue to submit frivolous claims against staff. You have failed to provide any evidence in your allegations against staff and that staff are negligent for trying to get you assaulted and committing fraudulent acts. You continue to submit false allegations and utilize the grievance procedure against staff in retaliation because you are non-compliant with the rules and regulations set forth within the NMCD when you were issued a major level misconduct report for fraud. CD-150500, states that inmates are prohibited from the misuse/abuse of the grievance system. Inmates are not to use this procedure as a form of harassment against staff. Inmates using the grievance procedure to perpetrate the commission of a purposeful serious misconduct will be subject to disciplinary action consistent with current disciplinary policy provisions. You are retaliating against staff and the Department and this is prohibited. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

For Dir Roark

**Jerry Roark, Director of Adult Prisons**

11/9/12
**Date**